# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT,<br><br>               Plaintiff,<br><br>   v.<br><br>LINDSAY UNIFIED SCHOOL DISTRICT,<br><br><br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:09-cv-1463 OWW GSA<br><br>ORDER GRANTING APPLICATION TO<br>PROCEED IN FORMA PAUPERIS<br><br>(Document 2) |

By application filed August 20, 2009, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:   August 21, 2009**                        **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

1