UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TIMOTHY S. DAUBERT

        Plaintiff(s)/Petitioner(s),

vs.

LINDSAY UNIFIED SCHOOL DISTRICT

        Defendant(s)/Respondent(s).

CASE NO. 1:09-CV-01463-OWW-GSA

ORDER RE CONSENT
OR REQUEST FOR REASSIGNMENT

      This case was randomly assigned to Magistrate Judge Gary S. Austin. Without the written consent of the parties presently appearing pursuant to 28 U.S.C Sec. 636(c), a magistrate judge cannot conduct all proceedings and enter judgment in this case with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. If a party declines to consent and the case is assigned to a district judge, the assigned magistrate judge shall continue to perform all duties as required by Eastern District Local Rule 72‑302.

**IT IS SO ORDERED.**

Dated: November 5, 2009                                       /s/Gary S. Austin
                                                                             United States Magistrate Judge

---

☐    ***CONSENT* TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____      Signature: _____

                                                      Print Name:_____
                                                             ( ) Plaintiff/Petitioner     ( ) Defendant/Respondent
                                                    ( ) Counsel for * _____

---

☐    ***DECLINE* OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

The undersigned declines to consent to the United States Magistrate Judge assigned to this case and requests random assignment to a United States District Judge.

Date: _____      Signature: _____

                                                      Print Name:_____
                                                             ( ) Plaintiff/Petitioner     ( ) Defendant/Respondent
                                                    ( ) Counsel for *_____

*If counsel of record, list name of each party responding: _____
_____