# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT | ) | 1:09 - CV-1463 GSA |
| | ) | |
| | ) | ORDER GRANTING EX PARTE |
| Plaintiff, | ) | APPLICATION TO EXTEND TIME TO FILE |
| | ) | MOTION FOR ATTORNEY'S FEES |
| v. | ) | |
| | ) | |
| | ) | (Doc. 82) |
| LINDSAY UNIFIED SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

On May 25, 2012, Defendant, Lindsay Unified School District ("Defendant") filed an Ex Parte Application to Extend Time to File a Motion for Attorney's Fees. (Doc. 82). The basis for the request is that Plaintiff, Timothy Daubert ("Plaintiff") filed an appeal in this case. Plaintiff filed a non-opposition to the application that same day. (Doc. 83).

In light of the above, the Court finds good cause exists to grant to the application. Accordingly, IT IS HEREBY ORDERED that Defendant's time to file a Motion for Attorney's Fees and costs shall be extended until fourteen (14) days after the Court of Appeals issues its mandate in this matter.

IT IS SO ORDERED.

Dated: **May 29, 2012**        /s/ **Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE